JL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Abu Yousuf,

Petitioner,

v.

Luis Rosa, Jr., et al.,

Respondents.

No.   CV-26-02867-PHX-SPL (DMF)

**ORDER**

Petitioner Abu Yousuf, who is represented by counsel, filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.)

Petitioner is a native and citizen of Bangladesh who entered the United States on March 8, 2025, to seek asylum. (*Id.* ¶¶ 23, 24.) Petitioner was apprehended by Customs and Border Protection officers the same day and placed in immigration detention. (*Id.* ¶ 25.) Pursuant to the implementation of a Presidential Proclamation invoking 8 U.S.C. § 1182(f), Petitioner was effectively prevented from accessing the credible fear screening process. (*Id.* ¶ 26.) In October 2025, Petitioner was referred for a credible fear interview and an asylum officer issued a "negative determination." (*Id.* ¶ 27.) On October 31, 2025, an Immigration Judge vacated the asylum officer's finding and placed Petitioner into full removal proceedings. (*Id.*)

On December 29, 2025, Petitioner appeared for an individual hearing on the merits of his asylum application. (*Id.* ¶ 28.) On January 5, 2026, at a continued hearing, the

TERMPSREF

Immigration Judge denied all applications for relief. (*Id.*) Petitioner appealed the decision, and his appeal remains pending. (*Id.* ¶ 29.) No briefing schedule has been issued. (*Id.*)

Petitioner asserts his detention violates due process because it has become unreasonably prolonged and excessive. (*Id.* ¶¶ 31-56.) He asks the Court order his immediate release from custody, or, alternatively, order a prompt and constitutionally adequate custody hearing.

The Court will require Respondents to answer the Petition.

**IT IS ORDERED:**

(1) Counsel for Petitioner must immediately serve the Petition (Doc. 1) and a copy of this Order on Respondents.

(2) If not already issued, the Clerk of Court must issue any properly completed summonses.

(3) The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(4) Respondents must answer the Petition within **20 days** of the date of service. Respondents shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.

(5) Petitioner may file a reply within **10 days** from the date of service of the answer.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

- 2 -

TERMPSREF

(6)    This matter is referred to Magistrate Judge Deborah M. Fine pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and recommendation.

Dated this 28th day of April, 2026.

Honorable Steven P. Logan
United States District Judge

- 3 -

TERMPSREF