# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Abu Yousuf,

      Petitioner,

v.

Luis Rosa, Jr., et al.,

      Respondents.

No. CV-26-02867-PHX-SPL (DMF)

**ORDER**

Petitioner challenged his present immigration detention, arguing he is improperly subject to prolonged detention without a bond hearing. (Doc. 1.) The Court directed Respondents to respond to the Petition. (Doc. 4.) Respondents' response stated:

> Respondents do not oppose the habeas petition to the extent Petitioner requests a bond hearing pursuant to 8 U.S.C. § 1226(a)).

(Doc. 8.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition and granting a bond hearing. Because Respondents did not address whether Petitioner's detention has become prolonged and Petitioner has been in immigration detention since March 8, 2025, the Court finds Petitioner's detention has become prolonged and therefore will direct Petitioner be provided a bond hearing that complies with the procedural requirements set out in *Singh v. Holder*, 638 F.3d 1196 (9th Cir. 2011).

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** to the extent it seeks a bond redetermination hearing. The Petition is

otherwise **denied**.

**IT IS FURTHER ORDERED** Respondents must provide Petitioner a bond redetermination hearing that complies with the procedural requirements set out in *Singh v. Holder*, 638 F.3d 1196 (9th Cir. 2011), within **seven (7) days of the date of this Order,** or release Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within **three (3) days** of releasing Petitioner or providing him a bond hearing. **If applicable, that notice must include the result of the bond hearing.**

**IT IS FURTHER ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 1st day of June, 2026.

Honorable Steven P. Logan
United States District Judge